IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In the Matter of the Search of:<br><br>A SKY DEVICES CELL PHONE AND AN APPLE IPHONE CURRENTLY IN THE CUSTODY OF THE FBI AT 151 PATTON AVENUE, SUITE 211, ASHEVILLE, NC 28801 | ) ) ) ) ) ) ) ) ) | **Case No. 1:24-mj-00022**<br><br>**UNDER SEAL** |

## ORDER SEALING SEARCH WARRANT APPLICATIONS, AFFIDAVITS, ATTACHMENTS, WARRANTS, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Search Warrant Applications, Affidavits, Attachments, Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Applications, Affidavits, Attachments, Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to AUSA David A. Thorneloe at david.thorneloe@usdoj.gov).

Signed: May 1, 2024

W. Carleton Metcalf
United States Magistrate Judge