IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In the Matter of the Searches of: | ) DOCKET NO.: 1:24MJ-22 |
| A SKY DEVICES CELL PHONE AND AN APPLE IPHONE WITH A BLACK CASE CURRENTLY IN THE CUSTODY OF THE FBI AT 151 PATTON AVENUE, SUITE 211 ASHEVILLE NC 28801 | ) ) ) ) ) ) ) ) ) |

## ORDER UNSEALING CASE

The Government's Motion to Unseal Case and Search Warrants (Doc. 5) is **GRANTED** and this case is **UNSEALED**.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

It is so ordered.

Signed: June 3, 2024

W. Carleton Metcalf
United States Magistrate Judge